UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER,
    Plaintiff,

v().

MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.,
    Defendants.

C.A. No. 09-10238-PBS

## ORDER VACATING ORDER APPOINTING *PRO BONO* COUNSEL

COLLINGS, U.S.M.J.

After a Status Conference on July 12, 2011 in which plaintiff Derek Sincere Black Wolf Cryer ("Cryer") advised this Court that he wishes to appear *pro se* and no longer wishes to be represented by *pro bono* counsel, it is hereby ORDERED that the Order of *Pro Bono* Appointment (Docket No. 119), appointing Holland & Knight to represent Cryer under this Court's *Pro Bono* Program, is VACATED. Cryer shall proceed *pro se* in this action.

ROBERT B. COLLINGS
United States Magistrate Judge

Date: July 14, 2011

By: /s/ Rebecca Greenberg
Pro Bono Coordinator