# United States District Court
# District of Massachusetts

DEREK SINCERE BLACK WOLF CRYER,
Plaintiff,

v.                                            CIVIL ACTION NO. 09-10238-PBS

HAROLD W. CLARKE, et al.,
Defendants.

## REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE REMAINING CLAIMS (#137) AND DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AFFIDAVIT AND EXHIBITS SUBMITTED IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON REMAINING CLAIMS (#152)

COLLINGS, U.S.M.J.

### I. Introduction

The plaintiff, Derek Sincere Black Wolf Cryer, was until recently an

inmate at the Souza-Baranowski Correctional Center ("SBCC"), a maximum

*[Handwritten note in left margin:]* 1/3/2013 after a review of the report and recommendation, I adopt the report and recommendation and dismiss all federal claims. I dismiss all state claims w/out prejudice due to refiling in state court. [signed] PBS